JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DORANTES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT CO., a Kansas corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: 5:11-cv- 1814 MWF (OPx)<br><br>The Honorable Michael W. Fitzgerald<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**WHEREAS,** a Joint Stipulation of Dismissal of Entire Action was submitted by Plaintiff Miguel Dorantes and Defendant Sprint/United Management Company (collectively referred herein as the "Parties");

**WHEREAS**, the Parties have resolved their claims in this action;

Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATE: October 3, 2012   _____

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

41956595.1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE